## GENERAL COURT, MAY TERM, 1802.

### WILSON *vs.* BOYER.

ASSUMPSIT for money lent. It appeared in evidence at the trial, that the plaintiff was executrix of her deceased husband, and the defendant was guardian to the children of the deceased. The defence set up was, that the guardian had received the money, for which the action was brought, from the plaintiff as executrix, and that he had a right to retain it as guardian to the children. No settlement of any account in the orphans court by the executrix was proved.

A guardian has no right to retain money received by him from the executor unless the executor has passed a final account with the orphans court, and an order had been passed by that court to pay over such money to the guardian.

*Boyd*, for the plaintiff, prayed the court to direct the jury, that unless the defendant could prove that the plaintiff had settled a final account with the orphans court, and there was a balance in her hands as executrix, and an order from the orphans court to pay it over to the defendant as guardian, he had no right to withhold the money.

THE COURT gave the direction accordingly.

*Brice* and *M'Mechen*, for the defendant.